opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry Van Emden, Appellant, v. National Distilling Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Daniel A. Curtin, Respondent, v. Henry S. Thompson, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to extent stated in order. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Daniel A. Curtin, Respondent, v. Henry S. Thompson, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Appellant.— Order and judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel Geller, as Administrator, etc., of Isaac Geller, Deceased, Appellant, v. The City of New York, Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph E. Paisley, Respondent, v. Julien J. Mason and Buchanan Schley, Jr., Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Philip W. Saitta, Appellant, v. The Anchor Line (Henderson Brothers, Limited) of Glasgow and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Pauline M. Hamburger, Respondent, v. Walter Blair and David H. Blair, Doing Business under the Firm Name and Style of Blair Brothers, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Martin Bollten, Respondent, v. New York Contracting Company — Pennsylvania Terminal, and Pennsylvania, New York and Long Island Railroad Company, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Rose E. Crane, as Administratrix, etc., of Charles Crane, Deceased, Appellant, v. Brooklyn Union Elevated Railroad Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John G. Von Hofe, Appellant, v. Helmer F. Boelsen and John Weisheimer, Each of Them Individually and as Executors and Trustees of the Last Will and Testament of Elizabeth Bastian, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Michael J. Dady, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.